UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RIVERA, | : | **CASE NO. 3:19-CV-00976** |
| Plaintiff | : | |
| | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| KEVIN MONKO, WYNSTON | : | |
| GILBERT, and JOHN DOE | : | |
| Defendants | : | |

**<u>ORDER</u>**
June 23, 2020


For the reasons set forth in the Memorandum filed concurrently with this Order, **IT IS ORDERED** that defendant Monko and Gilbert's motion to dismiss the amended complaint (*doc. 20* ) is **GRANTED,** and the claims against defendant Monko and Gilbert are dismissed as are the claims against defendant Doe.  The Clerk of Court shall close this case.


*<u>S/Susan E. Schwab</u>*
Susan E. Schwab
Chief United States Magistrate Judge