UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RIVERA,

        Appellant,

    v.

KEVIN MONKO, et al.,

        Appellees.

No. 3:19-CV-976

Chief Magistrate Judge Schwab

FILED
SCRANTON

JUL 27 2020

PER _____
DEPUTY CLERK

## NOTICE OF APPEAL

Notice is hereby given, pursuant to **F.R.App.P.3**, that Michael Rivera, pro se Appellant in this instant matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on June 23, 2020.

Respectfully submitted,

*Michael Rivera*

Michael Rivera

D.O.C.# EW2442

301 Institution Drive

Bellefonte, PA 16823

Date: July 20, 2020

1.

Smart Communications / Pa. DOC
Michael Rivera   # EW2442
SCI - Benner Township
P.O. Box 33028
St. Petersburg, FL 33733

RECEIVED
SCRANTON

JUL 2 7 2020

PER_____
DEPUTY CLERK

Middle
235 N.
P.O. Bo
Scrantc